UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES WOOD, JR.,

    Plaintiff,

v.                                        CASE NO: 8:11-cv-2309-T-26TBM

GC SERVICES LIMITED PARTNERSHIP,
DLS ENTERPRISES, INC., and GC
FINANCIAL CORP.,

    Defendants.
                                     /

**O R D E R**

Upon due consideration, it is ordered and adjudged that Defendants' Motion to Compel Arbitration and to Stay the Proceedings (Dkt. 6) is denied for failure to comply with the conferral requirements of Local Rule 3.01(g).  Counsel for the parties are directed to confer *personally* within the next seven (7) days in a good faith effort to resolve the issues raised in the motion without further court intervention.

**DONE AND ORDERED** at Tampa, Florida, on November 14, 2011.

                                            s/*Richard A. Lazzara*
                                            **RICHARD A. LAZZARA**
                                            **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record