**IN THE DISTRICT COURT IN AND FOR
THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

JAMES WOOD JR.,

    Plaintiff,

v.

GC SERVICES LIMITED PARTNERSHIP,    Case No. 8:11-cv-02309-MSS-TBM
DLS ENTERPRISES, INC., and GC FINANCIAL
CORP.,

    Defendants.
_____/

**ORDER OF DISMISSAL**

    IT IS HEREBY ORDERED AND AGREED that the instant action be and is hereby dismissed with prejudice.

    DONE AND ORDERED this _____ day of _____ 2013.

                                                                                     JUDGE

\\sfnfs02\prolawdocs\9549\9549-26306\Paz, Carmen\287675.doc